**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| INFOGATION CORPORATION, | § § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 6:20-cv-0366 |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

**<u>DECLARATION OF MARK LIANG FOR REPLY IN SUPPORT OF DEFENDANT
GOOGLE LLC'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)</u>**

I, Mark Liang, declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC, in the above-entitled action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit 31** is a true and correct copy of InfoGation's infringement contentions served on August 21, 2020, in this matter.

3. Attached as **Exhibit 32** is a true and correct copy of a printout of Google Flights from Seoul, South Korea to San Diego, California.

4. Attached as **Exhibit 33** is a true and correct copy of a printout of Google Flights from Seoul, South Korea to Waco, Texas.

5. I served as counsel for Huawei in InfoGation's prior actions filed against Huawei, ZTE, and HTC in the Southern District of California. Defendants in that action served subpoenas to third parties Stephen Beuerle and his employer, the law firm of Procopio, Cory, Hargreaves & Savitch LLP, to investigate whether Mr. Beuerle had committed inequitable conduct by lying to the U.S. Patent Office in connection with prosecuting patent applications assigned to InfoGation.

6. Attached as **Exhibit 34** is a true and correct copy of a printout of an email from Procopio, Cory, Hargreaves & Savitch LLP producing documents and a privilege log in response to defendants' above-described subpoenas.

7. Attached as **Exhibit 35** is a true and correct copy of the privilege log produced by Procopio, Cory, Hargreaves & Savitch LLP in response to defendants' above-described subpoenas.

8. Attached as **Exhibit 36** is a true and correct copy of an excerpt of InfoGation's interrogatory responses in the matter of *InfoGation Corp. v. ZTE Corp. and ZTE, Inc.*, Case No. 3:16-cv-01901.

9. Attached as **Exhibit 37** is a true and correct copy of an excerpt of the Local Rules of Practice for the United States District Court of the Southern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 8, 2020, in San Francisco, California.

                                                           _/s/ Mark Liang_
                                                           Mark Liang