# EXHIBIT 31

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No.: 6:20-cv-0366-ADA<br><br>**Jury Trial Demanded** |

**PLAINTIFF INFOGATION CORPORATION'S
<u>PRELIMINARY INFRINGEMENT CONTENTIONS</u>**

In accordance with the Court's August 21, 2020 Amended Order Governing Proceedings – Patent Case (Dkt. No. 31), Plaintiff InfoGation Corporation ("Plaintiff" or "InfoGation"), by its undersigned attorneys, serves its Preliminary Infringement Contentions against Defendant Google LLC ("Defendant" or "Google") as follows:

**ASSERTED CLAIMS, ACCUSED PRODUCT, AND CLAIM CHART**

Plaintiff InfoGation asserts Google has infringed and continues to infringe at least Claim 21 of the U.S. Patent No. 6,292,743 (the "the '743 Patent" or "Patent-in-Suit") under 35 U.S.C. § 271(a). Plaintiff further asserts that the Google Maps Application Programming Interface ("API"), specifically including version 3.4.1 and prior versions having the relevant functionality identified herein (hereafter, "Accused Product"), infringes at least Claim 21 of the '743 Patent (hereafter, "Asserted Claims"). Plaintiff reserves the right to amend the Accused Product to incorporate new information learned during the course of discovery, including, but not limited to, the inclusion of newly released products, versions, or any other equivalent products ascertained through discovery. Further, to the extent any accused infringing products have gone through or will go through name

1

changes or new release versions, but were or will be used or sold with the same accused features, corresponding products under different names or release versions also are accused.

Attached hereto as Exhibit A is a claim chart containing an identification of each currently asserted claim of the '743 Patent that is infringed by the Accused Product, and an identification of the specific location of each limitation of each asserted claim in the Accused Product. However, to the extent any limitation is determined not to be literally present in the Accused Product, that limitation is present under the Doctrine of Equivalents, because the corresponding feature or features of the Accused Product perform the same or substantially the same function, in the same or substantially the same way, to achieve the same or substantially the same result, as the claimed element.

Plaintiff reserves the right to amend and/or supplement its Preliminary Infringement Contentions as new information is learned during the course of discovery and following the entry of the Court's Markman Order.

## IDENTIFICATION OF PRIORITY DATE

Plaintiff claims a priority date of January 6, 1999 for the Asserted Claims of the '743 Patent. Plaintiff also asserts the January 6, 1999 date as the date of conception and reduction to practice for the Asserted Claims.

## PRODUCTION OF DOCUMENTS

Along with service of these Infringement Contentions, Plaintiff serves a copy of the file history for the '743 Patent. Plaintiff does not possess any documents evidencing conception and reduction to practice for the claims in the '743 Patent, beyond those produced herewith.

Dated: August 21, 2020

Respectfully submitted,

By: */s/ Patricia Y. Ho*
Michael C. Smith (SBN 18650410)
Siebman, Forrest, Burg & Smith LLP
113 East Austin Street
Marshall, TX 75670
michaelsmith@siebman.com
Telephone: 903-938-8900
Facsimile: 972-767-4620

Robert R. Brunelli (Admitted *pro hac vice*)
    rbrunelli@sheridanross.com
Patricia Y. Ho (Admitted *pro hac vice*)
    pho@sheridanross.com
Matthew C. Holohan (Admitted *pro hac vice*)
    mholohan@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone:   303-863-9700
Facsimile     303-863-0223
litigation@sheriddanross.com

*Attorneys for Plaintiff InfoGation Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2020, I electronically served the foregoing Plaintiff InfoGation Corporation's Preliminary Patent Infringement Contentions to all counsel of record.

/s/ *Patricia Y. Ho*
Patricia Y. Ho (Admitted pro hac vice)
pho@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone:   303-863-9700
Facsimile     303-863-0223
litigation@sheridanross.com

**Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM**

The following table sets forth each limitation of each asserted claim, together with the feature of the Accused Product that Defendant Google LLC ("Google") makes, uses, sells, sold, and/or offers for sale and meets the limitation. Plaintiff InfoGation Corporation ("InfoGation") reserves the right to supplement or otherwise modify this preliminary claim chart as additional information becomes available during the course of discovery and after an entry of the Court's Markman Order.

| Claim Limitation | Accused Product |
|---|---|
| 21. A method for providing an optimal route using real-time information from a server of a navigation system, |  |

Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM

| | |
|---|---|
| |  |
| the navigation system also **comprising a client and said server** coupled to a computer network, said method comprising the steps of: | |

Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM



Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM

| | |
|---|---|
| | Screenshot from User's iPhone 6s using Via App |
| establishing a wireless connection with the client; |  Screenshot from User's iPhone 6s using Via App |

4

**Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM**

| receiving at the server start and end route designations from the client; |  |
|---|---|



Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM



**Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM**

### Directions Steps

A `DirectionsStep` is the most atomic unit of a direction's route, containing a single step describing a specific, single instruction on the journey. E.g. "Turn left at W. 4th St." The step not only describes the instruction but also contains distance and duration information relating to how this step relates to the following step. For example, a step denoted as "Merge onto I-80 West" may contain a duration of "37 miles" and "40 minutes," indicating that the next step is 37 miles/40 minutes from this step.

When using the Directions service to search for transit directions, the steps array will include additional Transit Specific Information in the form of a `transit` object. If the directions include multiple modes of transportation, detailed directions will be provided for walking or driving steps in a `steps[]` array. For example, a walking step will include directions from the start and end locations: "Walk to Innes Ave & Fitch St". That step will include detailed walking directions for that route in the `steps[]` array, such as: "Head north-west", "Turn left onto Arelious Walker", and "Turn left onto Innes Ave".

The `DirectionsStep` is an object literal with the following fields:

- `instructions` contains instructions for this step within a text string.
- `distance` contains the distance covered by this step until the next step, as a `Distance` object. (See the description in `DirectionsLeg` above.) This field may be undefined if the distance is unknown.
- `duration` contains an estimate of the time required to perform the step, until the next step, as a `Duration` object. (See the description in `DirectionsLeg` above.) This field may be undefined if the duration is unknown.
- `start_location` contains the geocoded `LatLng` of the starting point of this step.
- `end_location` contains the `LatLng` of the ending point of this step.
- `polyline` contains a single `points` object that holds an encoded polyline representation of the step. This polyline is an approximate (smoothed) path of the step.
- `steps[]` a `DirectionsStep` object literal that contains detailed directions for walking or driving steps in transit directions. Sub-steps are only available for transit directions.
- `travel_mode` contains the `TravelMode` used in this step. Transit directions may include a combination of walking and transit directions.
- `path` contains an array of `LatLngs` describing the course of this step.
- `transit` contains transit specific information, such as the arrival and departure times, and the name of the transit line.

https://developers.google.com/maps/documentation/javascript/directions

**Comment:** The optimum route is described in a non-proprietary manor as follows.

### See how it works

Google Maps Platform integrates seamlessly with iOS, Android, and desktop applications. Learn more

**GET DRIVING DIRECTIONS FROM A TO B**   ESTIMATE TRAVEL TIME AND DISTANCE   CREATE A ROUTE WITH UP TO 5 WAYPOINTS

**Request**
```
origin: 75 9th Ave, New York, NY
destination: MetLife Stadium Dr East Rutherford, NJ 07073
mode: driving
key: API_KEY
```

**URL**
```
https://maps.googleapis.com/maps/api/directions/json?origin=75+9th+Ave+New+York,+NY&destination=MetLife+Stadium+Dr+East+Rutherford,+NJ+07073&key=YOUR_API_KEY
```

**Response**
```
{
  "geocoded_waypoints" : [
    {
      "geocoder_status" : "OK",
      "place_id" : "ChIJyYfhZ79ZwokRMtXcL6CYxkA",
      "types" : [ "premise" ]
    },
    {
      "geocoder_status" : "OK",
      "partial_match" : true,
      "place_id" : "ChIJ8YWMWnz4wokRCOVf1CcJCbY",
      "types" : [ "street_address" ]
    }
  ],
  "routes" : [
```

8

Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM

```
         "bounds" : {
           "northeast" : {
             "lat" : 40.8171321,
             "lng" : -73.99449150000001
           },
           "southwest" : {
             "lat" : 40.7416627,
             "lng" : -74.0728354
           }
         },
         "copyrights" : "Map data ©2015 Google",
         "legs" : [
           {
             "distance" : {
               "text" : "9.7 mi",
               "value" : 15653
             },
             "duration" : {
               "text" : "25 mins",
               "value" : 1480
             },
             "end_address" : "1 MetLife Stadium Dr, East Rutherford, NJ 07073, USA",
             "end_location" : {
               "lat" : 40.814505,
               "lng" : -74.07272910000002
             },
             "start_address" : "75 Ninth Ave, New York, NY 10011, USA",
             "start_location" : {
               "lat" : 40.7428759,
               "lng" : -74.00584719999999
             },
             "steps" : [
               {
                 "distance" : {
                   "text" : "440 ft",
                   "value" : 134
                 },
                 "duration" : {
                   "text" : "1 min",
                   "value" : 34
                 },
                 "end_location" : {
                   "lat" : 40.7422925,
                   "lng" : -74.004457
                 },
                 "html_instructions" : "Head \u003cb\u003esoutheast\u003c/b\u003e on \u003cb\u003eW 16th St\u003c/b\u003e toward \u003cb\u003eNinth Ave\u003c/b\u003e",
                 "polyline" : {
                   "points" : "_rtwFpgubMtBuG"
                 },
                 "start_location" : {
                   "lat" : 40.7428759,
                   "lng" : -74.00584719999999
                 },
```

Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM

| | |
|---|---|
| | ```
          "travel_mode" : "DRIVING"
        },
        {
          "distance" : {
            "text" : "49 ft",
            "value" : 15
          },
          "duration" : {
            "text" : "1 min",
            "value" : 29
          },
          "end_location" : {
            "lat" : 40.7421744,
            "lng" : -74.0045361
          },
          "html_instructions" : "Turn \u003cb\u003eright\u003c/b\u003e at the 1st cross street onto \u003cb\u003eNinth Ave\u003c/b\u003e",
          "maneuver" : "turn-right",
          "polyline" : {
            "points" : "intwFz~tbMVN"
          },
```
https://cloud.google.com/maps-platform/routes/ |
| downloading from the server said non-proprietary, natural language description to the client |  https://developers.google.com/maps/documentation/javascript/directions |
| so that the client can reconstruct the optimal route using a local mapping database | |

**Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM**

| | |
|---|---|
| | Displaying the DirectionsResult<br><br>The DirectionsResult contains the result of the directions query, which you may either handle yourself, or pass to a DirectionsRenderer object, which can automatically handle displaying the result on a map.<br><br>To display a DirectionsResult using a DirectionsRenderer, you simply need to do the following:<br><br>1. Create a DirectionsRenderer object.<br>2. Call setMap() on the renderer to bind it to the passed map.<br>3. Call setDirections() on the renderer, passing it the DirectionsResult as noted above. Because the renderer is an MVCObject, it will automatically detect any changes to its properties and update the map when its associated directions have changed.<br><br>The following example calculates directions between two locations on Route 66, where the origin and destination are set by the given "start" and "end" values in the dropdown lists. The DirectionsRenderer handles display of the polyline between the indicated locations, and the placement of markers at the origin, destination, and any waypoints, if applicable.<br><br>https://developers.google.com/maps/documentation/javascript/directions<br><br><br><br><br><br>https://platform.ridewithvia.com/ |
| and display said optimal route on a display system coupled to the client. | <br><br>Displaying the DirectionsResult<br><br>The DirectionsResult contains the result of the directions query, which you may either handle yourself, or pass to a DirectionsRenderer object, which can automatically handle displaying the result on a map.<br><br>To display a DirectionsResult using a DirectionsRenderer, you simply need to do the following:<br><br>1. Create a DirectionsRenderer object.<br>2. Call setMap() on the renderer to bind it to the passed map.<br>3. Call setDirections() on the renderer, passing it the DirectionsResult as noted above. Because the renderer is an MVCObject, it will automatically detect any changes to its properties and update the map when its associated directions have changed.<br><br>The following example calculates directions between two locations on Route 66, where the origin and destination are set by the given "start" and "end" values in the dropdown lists. The DirectionsRenderer handles display of the polyline between the indicated locations, and the placement of markers at the origin, destination, and any waypoints, if applicable.<br><br>https://developers.google.com/maps/documentation/javascript/directions |

Exhibit A - U.S. PATENT NO. 6,292,743 – MOBILE NAVIGATION SYSTEM

