# EXHIBIT 32





Google

Round trip · 1 passenger · Economy

Seoul ⇄ San Diego SAN | Wed, Feb 10 | Fri, Feb 12

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

## Departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

Prices are not available for: China Eastern and Korean Air.

| Times | Airlines | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 8:40 PM – 5:30 PM | Asiana, United | 13h 50m | ICN–SAN | 1 stop | 2h 0m SFO | $648 round trip |
| 6:05 PM – 3:50 PM | Asiana, Alaska · United | 14h 45m | ICN–SAN | 1 stop | 2h 5m SEA | $966 round trip |
| 8:40 PM – 6:40 PM | Asiana... · United · Operated by Skywe... | 15h 0m | ICN–SAN | 1 stop | 3h 0m SFO | $966 round trip |
| 4:00 PM – 2:06 PM | Korean Air, Delta | 15h 6m | ICN–SAN | 1 stop | 2h 30m SEA | $1,030 round trip |
| 6:30 PM – 4:45 PM | Delta, Alaska | 15h 15m | ICN–SAN | 1 stop | 2h 14m SEA | $966 round trip |
| 6:00 PM – 4:30 PM | United · Asiana | 15h 30m | ICN–SAN | 1 stop | 3h 33m SFO | $657 round trip |
| 5:55 PM – 4:28 PM | Air Ca... · Asiana · Operated by Air Can... | 15h 33m | ICN–SAN | 1 stop | 3h 0m YVR | $672 round trip |
| 4:00 PM – 2:35 PM | Korean Air, Alaska | 15h 35m | ICN–SAN | 1 stop | 2h 50m SEA | Price unavailable |
| 6:05 PM – 4:45 PM | Asiana, Alaska · United | 15h 40m | ICN–SAN | 1 stop | 3h 0m SEA | $966 round trip |
| 2:40 PM – 1:24 PM | Asian... · United · Operated by Skywes... | 15h 44m | ICN–SAN | 1 stop | 3h 44m LAX | $1,093 round trip |
| 6:00 PM – 4:45 PM | United... · Asiana · Operated by Skywe... | 15h 45m | ICN–SAN | 1 stop | 3h 35m SFO | $1,237 round trip |

| | Time | Duration | Stops | Price | |
|---|---|---|---|---|---|
| | 2:40 PM – 1:28 PM<br>Asiana, … · Operated by Skywest DBA U… | 15h 48m<br>ICN–SAN | 1 stop<br>3h 55m LAX | $648<br>round trip | |
| | 2:30 PM – 1:24 PM<br>Korean Ai… · Operated by Skywest DBA D… | 15h 54m<br>ICN–SAN | 1 stop<br>3h 54m LAX | $1,030<br>round trip | |
| | 6:05 PM – 5:07 PM<br>Asia… · United · Operated by Horizon … | 16h 2m<br>ICN–SAN | 2 stops<br>SEA, STS | $5,394<br>round trip | |
| | 6:00 PM – 5:09 PM<br>Unit… · Operated by Skywest DBA United … | 16h 9m<br>ICN–SAN | 2 stops<br>SFO, LAX | $657<br>round trip | |
| | 5:55 PM – 5:09 PM<br>Air Can… · Operated by Skywest DBA Unit… | 16h 14m<br>ICN–SAN | 2 stops<br>YVR, LAX | $4,603<br>round trip | |
| | 12:25 PM – 11:43 AM<br>ANA, United | 16h 18m<br>GMP–SAN | 2 stops<br>HND, SFO | $1,491<br>round trip | |
| | 6:30 PM – 5:56 PM<br>Delta · Korean Air | 16h 26m<br>ICN–SAN | 1 stop<br>3h 33m SEA | $784<br>round trip | |
| | 7:40 PM – 7:07 PM<br>Korean Ai… · Operated by Skywest DBA D… | 16h 27m<br>ICN–SAN | 1 stop<br>4h 35m LAX | $1,030<br>round trip | |
| | 6:00 PM – 5:30 PM<br>United · Asiana | 16h 30m<br>ICN–SAN | 1 stop<br>4h 30m SFO | $657<br>round trip | |
| | 6:30 PM – 6:11 PM<br>Delta | 16h 41m<br>ICN–SAN | 2 stops<br>SEA, SLC | $784<br>round trip | |
| | 6:30 PM – 6:20 PM<br>Delta, Alaska | 16h 50m<br>ICN–SAN | 1 stop<br>3h 49m SEA | $966<br>round trip | |
| | 4:00 PM – 3:50 PM<br>Korean Air, Alaska | 16h 50m<br>ICN–SAN | 1 stop<br>4h 10m SEA | Price unavailable | |
| | 8:40 PM – 8:35 PM<br>Asian… · United, Fiji Airways · Operate… | 16h 55m<br>ICN–SAN | 1 stop<br>4h 55m SFO | $966<br>round trip | |
| | 9:50 PM – 9:50 PM<br>Hawaiian · Korean Air | 17h 0m<br>ICN–SAN | 1 stop<br>3h 25m HNL | $1,030<br>round trip | |
| | 4:00 PM – 4:06 PM<br>Korean Ai… · Operated by Skywest DBA D… | 17h 6m<br>ICN–SAN | 2 stops<br>SFO, LAX | $1,652<br>round trip | |
| | 4:00 PM – 4:06 PM<br>Korean Ai… · Operated by Skywest DBA D… | 17h 6m<br>ICN–SAN | 2 stops<br>SEA, LAX | $5,953<br>round trip | |
| | 4:00 PM – 4:07 PM<br>Korean Air, Delta | 17h 7m<br>ICN–SAN | 2 stops<br>SEA, SLC | $1,030<br>round trip | |
| | 12:25 PM – 12:34 PM<br>ANA, United | 17h 9m<br>GMP–SAN | 2 stops<br>HND, SFO | $1,491<br>round trip | |

| | Time | Duration | Stops | Price | |
|---|---|---|---|---|---|
| | Asiana, United · Operated by Skywest | ICN–SAN | SEA, SLC | round trip | |
| | 6:05 PM – 6:20 PM<br>Asiana, Alaska · United | 17h 15m<br>ICN–SAN | 1 stop<br>4h 35m SEA | $966<br>round trip | |
| | 6:30 PM – 7:07 PM<br>De… · Operated by Skywest DBA Delta Co… | 17h 37m<br>ICN–SAN | 2 stops<br>SEA, LAX | $784<br>round trip | |
| | 6:00 PM – 6:40 PM<br>United… · Asiana · Operated by Skywe… | 17h 40m<br>ICN–SAN | 1 stop<br>5h 30m SFO | $1,237<br>round trip | |
| | 12:25 PM – 1:24 PM<br>ANA,… · Asiana · Operated by Skywest… | 17h 59m<br>GMP–SAN | 2 stops<br>HND, LAX | $4,200<br>round trip | |
| | 8:40 PM – 9:41 PM<br>Asiana, United | 18h 1m<br>ICN–SAN | 1 stop<br>6h 15m SFO | $966<br>round trip | |
| | 6:50 PM – 7:58 PM<br>American | 18h 8m<br>ICN–SAN | 1 stop<br>2h 39m DFW | $781<br>round trip | |
| | 3:50 PM – 5:09 PM<br>Asiana,… · ANA · Operated by Skywest… | 18h 19m<br>GMP–SAN | 2 stops<br>HND, LAX | $2,321<br>round trip | |
| | 3:50 PM – 5:09 PM<br>Asiana, AN… · Operated by Skywest DBA… | 18h 19m<br>GMP–SAN | 2 stops<br>HND, LAX | $2,387<br>round trip | |
| | 6:00 PM – 7:26 PM<br>United · Asiana | 18h 26m<br>ICN–SAN | 1 stop<br>6h 30m SFO | $657<br>round trip | |
| | 2:40 PM – 4:06 PM<br>Asian… · United · Operated by Skywes… | 18h 26m<br>ICN–SAN | 1 stop<br>6h 29m LAX | $1,093<br>round trip | |
| | 8:20 PM – 9:50 PM<br>Asiana, Hawaiian | 18h 30m<br>ICN–SAN | 1 stop<br>4h 40m HNL | $899<br>round trip | |
| | 5:55 PM – 7:26 PM<br>Air Canada, United | 18h 31m<br>ICN–SAN | 2 stops<br>YVR, SFO | $752<br>round trip | |
| | 6:30 PM – 8:05 PM<br>Delta, Alaska | 18h 35m<br>ICN–SAN | 1 stop<br>5h 34m SEA | $966<br>round trip | |
| | 2:30 PM – 4:06 PM<br>Korean Ai… · Operated by Skywest DBA D… | 18h 36m<br>ICN–SAN | 1 stop<br>6h 39m LAX | $1,030<br>round trip | |
| | 2:30 PM – 4:07 PM<br>Korean Air, Delta | 18h 37m<br>ICN–SAN | 2 stops<br>LAX, SLC | $1,589<br>round trip | |
| | 8:40 PM – 10:21 PM<br>Asian… · United · Operated by Skywes… | 18h 41m<br>ICN–SAN | 1 stop<br>6h 35m LAX | $1,093<br>round trip | |
| | 8:00 AM – 9:55 AM<br>JAL · American | 18h 55m<br>GMP–SAN | 1 stop<br>Change of airport | $808<br>round trip | |
| | 4:00 PM – 5:56 PM | 18h 56m | 1 stop | $1,030 | |

| | | | | | |
|---|---|---|---|---|---|
| | Asiana, Alaska · United | ICN–SAN | 6h 20m SEA | round trip | |
| | 8:20 PM – 10:21 PM<br>Korean Ai… · Operated by Skywest DBA D… | 19h 1m<br>ICN–SAN | 2 stops<br>SFO, LAX | $5,953<br>round trip | |
| | 8:20 PM – 10:21 PM<br>Korean Ai… · Operated by Skywest DBA D… | 19h 1m<br>ICN–SAN | 2 stops<br>SFO, LAX | $5,953<br>round trip | |
| | 9:50 PM – 11:59 PM<br>Hawaiian, Alaska · Korean Air | 19h 9m<br>ICN–SAN | 1 stop<br>5h 35m HNL | $2,888<br>round trip | |
| | 4:00 PM – 6:11 PM<br>Korean Air, Delta | 19h 11m<br>ICN–SAN | 2 stops<br>SEA, SLC | $1,030<br>round trip | |
| | 4:00 PM – 6:11 PM<br>Korean Air, Delta | 19h 11m<br>ICN–SAN | 2 stops<br>SEA, SLC | $1,030<br>round trip | |
| | 8:10 PM – 10:21 PM<br>ANA,… · United · Operated by Skywest … | 19h 11m<br>GMP–SAN | 2 stops<br>HND, LAX | $1,796<br>round trip | |
| | 12:10 PM – 2:30 PM<br>JAL, Al… · Operated by Horizon Air as Al… | 19h 20m<br>GMP–SAN | 2 stops<br>Change of airport | $1,151<br>round trip | |
| | 8:40 PM – 11:01 PM<br>Asiana, United | 19h 21m<br>ICN–SAN | 1 stop<br>7h 35m SFO | $966<br>round trip | |
| | 2:05 PM – 4:30 PM<br>Asiana, United · ANA | 19h 25m<br>ICN–SAN | 2 stops<br>KIX, SFO | $2,324<br>round trip | |
| | 2:40 PM – 5:09 PM<br>Asiana, … · Operated by Skywest DBA U… | 19h 29m<br>ICN–SAN | 1 stop<br>7h 35m LAX | $648<br>round trip | |
| | 6:00 PM – 8:35 PM<br>Unite… · Asiana, Fiji Airways · Operate… | 19h 35m<br>ICN–SAN | 1 stop<br>7h 25m SFO | $1,237<br>round trip | |
| | 6:00 PM – 8:38 PM<br>United | 19h 38m<br>ICN–SAN | 2 stops<br>SFO, DEN | $657<br>round trip | |
| | 6:00 PM – 8:38 PM<br>United | 19h 38m<br>ICN–SAN | 2 stops<br>SFO, DEN | $657<br>round trip | |
| | 7:40 PM – 10:21 PM<br>Korean Ai… · Operated by Skywest DBA D… | 19h 41m<br>ICN–SAN | 1 stop<br>7h 45m LAX | $1,030<br>round trip | |
| | 8:40 PM – 11:23 PM<br>Asiana, … · Operated by Skywest DBA U… | 19h 43m<br>ICN–SAN | 1 stop<br>7h 40m LAX | $966<br>round trip | |
| | 8:40 PM – 11:35 PM<br>Asian… · United, Fiji Airways · Operate… | 19h 55m<br>ICN–SAN | 1 stop<br>7h 55m SFO | $966<br>round trip | |
| | 6:50 PM – 9:50 PM<br>American | 20h 0m<br>ICN–SAN | 1 stop<br>4h 34m DFW | $781<br>round trip | |



| | Time | Duration | Stops | Price |
|---|---|---|---|---|
| Delta | 6:30 PM – 9:39 PM | 20h 9m ICN–SAN | 1 stop 7h 13m SEA | $784 round trip |
| | 9:45 AM – 12:55 PM Korean Air, Delta | 20h 10m ICN–SAN | 1 stop 1h 50m ATL | $1,526 round trip |
| | 8:10 PM – 11:23 PM ANA, U… · Operated by Skywest DBA Uni… | 20h 13m GMP–SAN | 2 stops HND, LAX | $1,205 round trip |
| | 6:30 PM – 9:55 PM Delta, Alaska | 20h 25m ICN–SAN | 1 stop 7h 24m SEA | $966 round trip |
| | 12:25 PM – 3:59 PM ANA, A… · Operated by Skywest Airlines a… | 20h 34m GMP–SAN | 2 stops HND, SJC | $1,121 round trip |
| | 6:05 PM – 9:39 PM Asiana, Delta · United | 20h 34m ICN–SAN | 1 stop 7h 59m SEA | $1,920 round trip |
| | 9:00 AM – 12:34 PM Asiana, ANA, United | 20h 34m ICN–SAN | 2 stops NRT, SFO | $2,380 round trip |
| | 9:00 AM – 12:34 PM Asiana, United · ANA | 20h 34m ICN–SAN | 2 stops NRT, SFO | $2,380 round trip |
| | 8:20 PM – 11:59 PM Asiana, Alaska · Fiji Airways | 20h 39m ICN–SAN | 1 stop 6h 50m HNL | $1,063 round trip |
| United | 6:00 PM – 9:41 PM United · Asiana | 20h 41m ICN–SAN | 1 stop 8h 45m SFO | $657 round trip |
| | 7:40 PM – 11:23 PM JAL, ANA, … · Operated by Skywest DBA … | 20h 43m GMP–SAN | 2 stops HND, LAX | $4,353 round trip |
| | 7:35 PM – 11:23 PM Asiana, AN… · Operated by Skywest DBA… | 20h 48m GMP–SAN | 2 stops HND, LAX | $1,825 round trip |
| | 6:05 PM – 9:55 PM Asiana, Alaska · United | 20h 50m ICN–SAN | 1 stop 8h 10m SEA | $966 round trip |
| Delta | 6:30 PM – 10:21 PM De… · Operated by Skywest DBA Delta Co… | 20h 51m ICN–SAN | 2 stops SEA, LAX | $784 round trip |
| | 8:40 AM – 12:34 PM Asiana, United · ANA | 20h 54m GMP–SAN | 2 stops HND, SFO | $1,710 round trip |
| | 7:45 AM – 11:43 AM ANA, United | 20h 58m GMP–SAN | 2 stops HND, SFO | $1,491 round trip |
| | 12:25 PM – 4:28 PM ANA, Air … · Asiana · Operated by Air C… | 21h 3m GMP–SAN | 2 stops Change of airport | $1,815 round trip |
| | 12:25 PM – 4:30 PM ANA, United | 21h 5m GMP–SAN | 2 stops HND, SFO | $1,491 round trip |

| | | | | | |
|---|---|---|---|---|---|
| ✈ | 6:50 PM – 11:15 PM<br>American | 21h 25m<br>ICN–SAN | 1 stop<br>6h 0m DFW | $781<br>round trip | |
| ▲ | 7:25 PM – 11:50 PM<br>Delta | 21h 25m<br>ICN–SAN | 1 stop<br>3h 9m ATL | $1,526<br>round trip | |
| ✈ | 2:40 PM – 7:07 PM<br>Asian… · United · Operated by Skywes… | 21h 27m<br>ICN–SAN | 1 stop<br>9h 35m LAX | $1,093<br>round trip | |
| ✈ | 2:30 PM – 7:07 PM<br>Korean Ai… · Operated by Skywest DBA D… | 21h 37m<br>ICN–SAN | 1 stop<br>9h 45m LAX | $1,030<br>round trip | |
| ✈ | 12:25 PM – 5:09 PM<br>ANA, U… · Operated by Skywest DBA Uni… | 21h 44m<br>GMP–SAN | 2 stops<br>HND, LAX | $1,121<br>round trip | |
| ✈ | 8:40 AM – 1:24 PM<br>Asiana, … · Operated by Skywest DBA Del… | 21h 44m<br>GMP–SAN | 2 stops<br>HND, LAX | $4,145<br>round trip | |
| ✈ | 7:45 AM – 12:34 PM<br>ANA, United | 21h 49m<br>GMP–SAN | 2 stops<br>HND, SFO | $1,491<br>round trip | |
| ✈ | 6:00 PM – 11:01 PM<br>United · Asiana | 22h 1m<br>ICN–SAN | 1 stop<br>10h 5m SFO | $657<br>round trip | |
| ✈ | 12:25 PM – 5:30 PM<br>ANA, United | 22h 5m<br>GMP–SAN | 2 stops<br>HND, SFO | $1,491<br>round trip | |
| ▲ | 9:20 AM – 2:27 PM<br>Delta | 22h 7m<br>ICN–SAN | 1 stop<br>4h 3m DTW | $1,526<br>round trip | |
| ✈ | 5:55 PM – 11:03 PM<br>Air Ca… · Asiana · Operated by Air Can… | 22h 8m<br>ICN–SAN | 1 stop<br>9h 35m YVR | $672<br>round trip | |
| ✈ | 6:30 PM – 11:40 PM<br>Delta, Alaska | 22h 10m<br>ICN–SAN | 1 stop<br>9h 9m SEA | $966<br>round trip | |
| ✈ | 6:00 PM – 11:23 PM<br>Unit… · Operated by Skywest DBA United … | 22h 23m<br>ICN–SAN | 2 stops<br>SFO, LAX | $657<br>round trip | |
| ✈ | 6:00 PM – 11:23 PM<br>Unit… · Operated by Skywest DBA United … | 22h 23m<br>ICN–SAN | 2 stops<br>SFO, LAX | $657<br>round trip | |
| ✈ | 6:00 PM – 11:23 PM<br>Unit… · Operated by Skywest DBA United … | 22h 23m<br>ICN–SAN | 2 stops<br>SFO, LAX | $657<br>round trip | |
| ✈ | 6:00 PM – 11:23 PM<br>Unit… · Operated by Skywest DBA United … | 22h 23m<br>ICN–SAN | 2 stops<br>SFO, LAX | $657<br>round trip | |
| ✈ | 6:00 PM – 11:23 PM<br>Unit… · Operated by Skywest DBA United … | 22h 23m<br>ICN–SAN | 2 stops<br>SFO, LAX | $657<br>round trip | |
| ✈ | 6:05 PM – 11:40 PM<br>Asiana, Alaska · United | 22h 35m<br>ICN–SAN | 1 stop<br>9h 55m SEA | $966<br>round trip | |

| Flight | Duration | Stops | Price |
|---|---|---|---|
| 3:00 PM – 8:35 PM<br>Cathay Paci… · Operated by Skywest Airli… | 22h 35m<br>ICN–SAN | 2 stops<br>HKG, SFO | $1,348<br>round trip |
| 4:00 PM – 9:39 PM<br>Korean Air, Delta | 22h 39m<br>ICN–SAN | 1 stop<br>10h 4m SEA | $1,030<br>round trip |
| 12:25 PM – 6:19 PM<br>ANA, A… · Operated by Skywest Airlines a… | 22h 54m<br>GMP–SAN | 2 stops<br>HND, SJC | $1,121<br>round trip |
| 12:25 PM – 6:20 PM<br>ANA, Alaska | 22h 55m<br>GMP–SAN | 2 stops<br>HND, SEA | $1,146<br>round trip |
| 1:50 PM – 8:35 PM<br>Cathay Paci… · Operated by Skywest Airli… | 23h 45m<br>ICN–SAN | 2 stops<br>HKG, SFO | $1,348<br>round trip |
| 12:25 PM – 7:26 PM<br>ANA, United | 24h 1m<br>GMP–SAN | 2 stops<br>HND, SFO | $1,121<br>round trip |
| 12:25 PM – 7:26 PM<br>ANA, United | 24h 1m<br>GMP–SAN | 2 stops<br>HND, SFO | $1,491<br>round trip |
| 8:40 AM – 4:06 PM<br>Asiana, … · Operated by Skywest DBA Del… | 24h 26m<br>GMP–SAN | 2 stops<br>HND, LAX | $4,145<br>round trip |
| 2:40 PM – 10:21 PM<br>Asian… · United · Operated by Skywes… | 24h 41m<br>ICN–SAN | 1 stop<br>12h 45m LAX | $1,093<br>round trip |
| 2:30 PM – 10:21 PM<br>Korean Ai… · Operated by Skywest DBA D… | 24h 51m<br>ICN–SAN | 1 stop<br>12h 55m LAX | $1,030<br>round trip |
| 2:40 PM – 11:23 PM<br>Asiana, … · Operated by Skywest DBA U… | 25h 43m<br>ICN–SAN | 1 stop<br>13h 50m LAX | $966<br>round trip |
| 10:10 AM – 8:35 PM<br>Cathay Paci… · Operated by Skywest Airli… | 27h 25m<br>ICN–SAN | 2 stops<br>HKG, SFO | $1,348<br>round trip |
| 8:55 AM – 8:06 PM<br>China Eastern, Delta | 28h 11m<br>ICN–SAN | 2 stops<br>PVG, JFK | Price unavailable |
| 7:40 PM – 9:55 AM+1<br>JAL | 31h 15m<br>GMP–SAN | 1 stop<br>Change of airport | $1,006<br>round trip |
| 12:55 AM – 4:06 PM<br>KLM, … · Operated by Skywest DBA Delt… | 32h 11m<br>ICN–SAN | 2 stops<br>AMS, LAX | $5,953<br>round trip |
| 11:15 PM – 2:35 PM+1<br>Singapore Airlines, Alaska | 32h 20m<br>ICN–SAN | 2 stops<br>SIN, SEA | $1,905<br>round trip |
| 11:15 PM – 3:50 PM+1<br>Singapore Airlines, Alaska | 33h 35m<br>ICN–SAN | 2 stops<br>SIN, SEA | $5,378<br>round trip |
| 9:50 PM – 7:05 PM+1 | 38h 15m | 2 stops | $1,092 |

  

| | | | | |
|---|---|---|---|---|
| | Shanghai Airlines, China Eastern, Delta | GMP–SAN | Change of airpo... | |
| | 3:15 PM – 4:30 PM +1<br>Lufthansa, United | 42h 15m<br>ICN–SAN | 2 stops<br>FRA, SFO | $2,923<br>round trip |
| | 3:15 PM – 5:09 PM +1<br>Lufthan... · Operated by Skywest for Unit... | 42h 54m<br>ICN–SAN | 2 stops<br>FRA, LAX | $2,923<br>round trip |
| | 4:20 PM – 8:06 PM +1<br>China Eastern, Delta | 44h 46m<br>ICN–SAN | 2 stops<br>PVG, JFK | Price unavailable |
| | 4:20 PM – 8:06 PM +1<br>China Eastern, Delta | 44h 46m<br>ICN–SAN | 2 stops<br>PVG, JFK | Price unavailable |
| | 12:00 PM – 8:06 PM +1<br>China Eastern, Delta | 49h 6m<br>GMP–SAN | 2 stops<br>Change of airpo... | Price unavailable |
| | 12:00 PM – 8:06 PM +1<br>China Eastern, Delta | 49h 6m<br>GMP–SAN | 2 stops<br>Change of airpo... | Price unavailable |

Hide 118 flights

### Hotels in San Diego ⓘ

Nightly prices for 1 guest Feb 10–Feb 12

Search for hotels ↗

 $229 Hotel del Coronado, Curi... 4.5 (13488)

 $108 Best Western Plus Island... 4.4 (2244)

 $161 Hyatt Regency Mission Bay Sp... 4.1 (2193)

### Explore more destinations from Seoul



---

**Google Flights**

Language · English    Country · United States    Currency · USD

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**