# EXHIBIT 33



Google

Round trip · 1 passenger · Economy

Seoul ⇄ Waco ACT | Wed, Feb 10 | Fri, Feb 12

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

**Travel update**

Coronavirus (COVID-19) may impact travel. See travel advice

## Departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| Times / Airline | Duration / Route | Stops | Price |
|---|---|---|---|
| 6:50 PM – 7:49 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 15h 59m<br>ICN–ACT | 1 stop<br>2h 40m DFW | $944<br>round trip |
| 8:40 PM – 11:09 PM<br>Asiana, A... · Operated by Envoy Air as A... | 17h 29m<br>ICN–ACT | 2 stops<br>SFO, DFW | $3,541<br>round trip |
| 6:50 PM – 11:09 PM<br>Ameri... · Operated by Envoy Air as Ameri... | 19h 19m<br>ICN–ACT | 1 stop<br>6h 10m DFW | $944<br>round trip |
| 6:05 PM – 11:09 PM<br>Asiana, A... · Operated by Envoy Air as A... | 20h 4m<br>ICN–ACT | 2 stops<br>SEA, DFW | $3,741<br>round trip |
| 6:05 PM – 11:09 PM<br>Asiana, A... · Operated by Envoy Air as A... | 20h 4m<br>ICN–ACT | 2 stops<br>SEA, DFW | $3,741<br>round trip |
| 8:00 AM – 1:07 PM<br>JAL, Am... · Operated by Envoy Air as A... | 20h 7m<br>GMP–ACT | 2 stops<br>HND, DFW | $976<br>round trip |
| 6:00 PM – 11:09 PM<br>United, ... · Asiana · Operated by Envo... | 20h 9m<br>ICN–ACT | 2 stops<br>SFO, DFW | $3,541<br>round trip |
| 5:55 PM – 11:09 PM<br>Air Canad... · Asiana · Operated by Hor... | 20h 14m<br>ICN–ACT | 3 stops<br>YVR, SEA, DFW | $4,774<br>round trip |
| 5:55 PM – 11:09 PM<br>Air Can... · Asiana · Operated by Air C... | 20h 14m<br>ICN–ACT | 3 stops<br>YVR, LAS, DFW | $4,800<br>round trip |
| 5:55 PM – 11:09 PM<br>Air Can... · Asiana · Operated by Air C... | 20h 14m<br>ICN–ACT | 3 stops<br>YVR, LAS, DFW | $4,800<br>round trip |
| 12:25 PM – 5:39 PM<br>ANA, Am... · Operated by Envoy Air as A... | 20h 14m<br>GMP–ACT | 2 stops<br>Change of airport | $7,742<br>round trip |

| | | | | |
|---|---|---|---|---|
| 3:50 PM – 11:09 PM<br>Asiana, A…   ·   Operated by Envoy Air as A… | 22h 19m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $7,721<br>round trip | |
| 12:25 PM – 7:49 PM<br>ANA, United, …   ·   Operated by Envoy Air a… | 22h 24m<br>GMP–ACT | 3 stops<br>HND, SFO, DFW | $6,027<br>round trip | |
| 12:25 PM – 7:49 PM<br>ANA, Am…   ·   Operated by Envoy Air as A… | 22h 24m<br>GMP–ACT | 3 stops<br>HND, SJC, DFW | $6,041<br>round trip | |
| 8:40 AM – 4:08 PM<br>Asiana, A…   ·   Operated by Envoy Air as A… | 22h 28m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $7,721<br>round trip | |
| 12:10 PM – 7:49 PM<br>JAL, Am…   ·   Operated by Envoy Air as A… | 22h 39m<br>GMP–ACT | 2 stops<br>HND, DFW | $976<br>round trip | |
| 12:10 PM – 7:49 PM<br>JAL, Am…   ·   Operated by Envoy Air as A… | 22h 39m<br>GMP–ACT | 2 stops<br>Change of airport | $989<br>round trip | |
| 12:10 PM – 7:49 PM<br>JAL, Am…   ·   Operated by Envoy Air as A… | 22h 39m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,247<br>round trip | |
| 12:10 PM – 7:49 PM<br>JAL, Am…   ·   Operated by Envoy Air as A… | 22h 39m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,247<br>round trip | |
| 12:10 PM – 7:49 PM<br>JAL, Am…   ·   Operated by Envoy Air as A… | 22h 39m<br>GMP–ACT | 3 stops<br>Change of airport | $1,260<br>round trip | |
| 8:00 AM – 4:08 PM<br>JAL, Am…   ·   Operated by Envoy Air as A… | 23h 8m<br>GMP–ACT | 2 stops<br>HND, DFW | $976<br>round trip | |
| 8:00 AM – 4:08 PM<br>JAL, Am…   ·   Operated by Envoy Air as A… | 23h 8m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $976<br>round trip | |
| 7:45 AM – 4:08 PM<br>ANA, A…   ·   Asiana   ·   Operated by Envoy… | 23h 23m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $7,728<br>round trip | |
| 2:40 PM – 11:09 PM<br>Asiana, A…   ·   Operated by Envoy Air as A… | 23h 29m<br>ICN–ACT | 3 stops<br>LAX, SFO, DFW | $3,541<br>round trip | |
| 2:40 PM – 11:09 PM<br>Asiana, A…   ·   Operated by Envoy Air as A… | 23h 29m<br>ICN–ACT | 3 stops<br>LAX, PHX, DFW | $3,592<br>round trip | |
| 2:40 PM – 11:09 PM<br>Asiana, A…   ·   Operated by Envoy Air as A… | 23h 29m<br>ICN–ACT | 3 stops<br>LAX, PHX, DFW | $3,592<br>round trip | |
| 2:40 PM – 11:09 PM<br>Asiana, A…   ·   Operated by Envoy Air as A… | 23h 29m<br>ICN–ACT | 3 stops<br>LAX, LAS, DFW | $3,612<br>round trip | |
| 2:40 PM – 11:09 PM<br>Asian…   ·   Operated by Skywest Airlines a… | 23h 29m<br>ICN–ACT | 3 stops<br>LAX, SLC, DFW | $3,612<br>round trip | |
| 2:40 PM – 11:09 PM<br>Asiana, A…   ·   Operated by Envoy Air as A… | 23h 29m<br>ICN–ACT | 3 stops<br>LAX, LAS, DFW | $3,612<br>round trip | |

| Time | Airline | Duration | Route | Stops | Via | Price | |
|---|---|---|---|---|---|---|---|
| 2:40 PM – 11:09 PM | Asiana, A… · Operated by Envoy Air as A… | 23h 29m | ICN–ACT | 3 stops | LAX, LAS, DFW | $3,612 round trip | |
| 2:40 PM – 11:09 PM | Asiana, A… · Operated by Envoy Air as A… | 23h 29m | ICN–ACT | 3 stops | LAX, LAS, DFW | $3,612 round trip | |
| 2:40 PM – 11:09 PM | Asian… · Operated by Skywest Airlines a… | 23h 29m | ICN–ACT | 3 stops | LAX, SLC, DFW | $3,612 round trip | |
| 10:50 AM – 7:49 PM | Asiana, … · United · Operated by Envo… | 23h 59m | ICN–ACT | 2 stops | JFK, DFW | $4,425 round trip | |
| 8:00 AM – 5:39 PM | JAL, Am… · Operated by Envoy Air as A… | 24h 39m | GMP–ACT | 2 stops | HND, DFW | $976 round trip | |
| 8:00 AM – 5:39 PM | JAL, Am… · Operated by Envoy Air as A… | 24h 39m | GMP–ACT | 3 stops | HND, LAX, DFW | $976 round trip | |
| 8:00 AM – 5:39 PM | JAL, Am… · Operated by Envoy Air as A… | 24h 39m | GMP–ACT | 3 stops | HND, LAX, DFW | $976 round trip | |
| 8:00 AM – 5:39 PM | JAL, Am… · Operated by Envoy Air as A… | 24h 39m | GMP–ACT | 2 stops | Change of airport | $989 round trip | |
| 10:10 AM – 7:49 PM | Cathay Pacific… · Operated by Envoy Air … | 24h 39m | ICN–ACT | 2 stops | HKG, DFW | $1,999 round trip | |
| 7:45 AM – 5:39 PM | ANA, A… · Asiana · Operated by Envoy… | 24h 54m | GMP–ACT | 2 stops | Change of airport | $6,392 round trip | |
| 12:25 PM – 11:09 PM | ANA, Am… · Operated by Envoy Air as A… | 25h 44m | GMP–ACT | 3 stops | HND, SJC, DFW | $6,041 round trip | |
| 12:25 PM – 11:09 PM | ANA, Am… · Operated by Envoy Air as A… | 25h 44m | GMP–ACT | 3 stops | HND, SJC, DFW | $6,069 round trip | |
| 9:00 AM – 7:49 PM | Asiana, A… · Operated by Envoy Air as A… | 25h 49m | ICN–ACT | 2 stops | HKG, DFW | $6,437 round trip | |
| 12:10 PM – 11:09 PM | JAL, Am… · Operated by Envoy Air as A… | 25h 59m | GMP–ACT | 2 stops | HND, DFW | $976 round trip | |
| 12:10 PM – 11:09 PM | JAL, Am… · Operated by Envoy Air as A… | 25h 59m | GMP–ACT | 3 stops | HND, LAX, DFW | $976 round trip | |
| 12:10 PM – 11:09 PM | JAL, Am… · Operated by Envoy Air as A… | 25h 59m | GMP–ACT | 3 stops | HND, SFO, DFW | $976 round trip | |
| 12:10 PM – 11:09 PM | JAL, Am… · Operated by Envoy Air as A… | 25h 59m | GMP–ACT | 3 stops | HND, SFO, DFW | $976 round trip | |
| 12:10 PM – 11:09 PM | JAL, Am… · Operated by Envoy Air as A… | 25h 59m | GMP–ACT | 2 stops | Change of airport | $989 round trip | |



Google B

| | | | | |
|---|---|---|---|---|
| 12:10 PM – 11:09 PM<br>JAL, Am... · Operated by Envoy Air as A... | 25h 59m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,247<br>round trip |
| 12:10 PM – 11:09 PM<br>JAL, Am... · Operated by Envoy Air as A... | 25h 59m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,247<br>round trip |
| 12:10 PM – 11:09 PM<br>JAL, Am... · Operated by Envoy Air as A... | 25h 59m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,247<br>round trip |
| 12:10 PM – 11:09 PM<br>JAL, Am... · Operated by Envoy Air as A... | 25h 59m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,247<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 2 stops<br>HND, DFW | $976<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 2 stops<br>HND, DFW | $976<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $976<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $976<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 2 stops<br>Change of airport | $989<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,244<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,244<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,247<br>round trip |
| 8:00 AM – 7:49 PM<br>JAL, Am... · Operated by Envoy Air as A... | 26h 49m<br>GMP–ACT | 3 stops<br>HND, LAX, DFW | $1,247<br>round trip |
| 7:45 AM – 7:49 PM<br>ANA, Am... · Operated by Envoy Air as A... | 27h 4m<br>GMP–ACT | 3 stops<br>HND, SJC, DFW | $6,041<br>round trip |
| 7:45 AM – 7:49 PM<br>ANA, A... · Asiana · Operated by Envoy... | 27h 4m<br>GMP–ACT | 2 stops<br>HND, DFW | $6,379<br>round trip |
| 7:45 AM – 7:49 PM<br>ANA, A... · Asiana · Operated by Envoy... | 27h 4m<br>GMP–ACT | 2 stops<br>Change of airport | $7,446<br>round trip |
| 10:50 AM – 11:09 PM<br>Asiana, ... · United · Operated by Envo... | 27h 19m<br>ICN–ACT | 2 stops<br>JFK, DFW | $4,425<br>round trip |
| 8:40 PM – 9:44 AM+1 | 28h 4m | 2 stops | $3,323 |

| Flight | Times | Duration | Route | Stops | Price |
|---|---|---|---|---|---|
| Asiana, A… · Operated by Envoy Air as A… | | | ICN–ACT | SFO, DFW | round trip |
| Asiana, A… · Operated by Envoy Air as A… | 8:40 PM – 9:44 AM+1 | 28h 4m | ICN–ACT | 2 stops SFO, DFW | $3,323 round trip |
| Ameri… · Operated by Envoy Air as Ameri… | 6:50 PM – 9:44 AM+1 | 29h 54m | ICN–ACT | 1 stop 16h 40m DFW | $944 round trip |
| JAL, Am… · Operated by Envoy Air as A… | 8:00 AM – 11:09 PM | 30h 9m | GMP–ACT | 2 stops HND, DFW | $976 round trip |
| JAL, Am… · Operated by Envoy Air as A… | 8:00 AM – 11:09 PM | 30h 9m | GMP–ACT | 2 stops HND, DFW | $976 round trip |
| JAL, Am… · Operated by Envoy Air as A… | 8:00 AM – 11:09 PM | 30h 9m | GMP–ACT | 2 stops Change of airport | $1,257 round trip |
| ANA, A… · Asiana · Operated by Envoy… | 7:45 AM – 11:09 PM | 30h 24m | GMP–ACT | 2 stops HND, DFW | $6,608 round trip |
| Asiana, A… · Operated by Envoy Air as A… | 6:05 PM – 9:44 AM+1 | 30h 39m | ICN–ACT | 2 stops SEA, DFW | $3,177 round trip |
| United, … · Asiana · Operated by Envo… | 6:00 PM – 9:44 AM+1 | 30h 44m | ICN–ACT | 2 stops SFO, DFW | $3,028 round trip |
| United, … · Asiana · Operated by Envo… | 6:00 PM – 9:44 AM+1 | 30h 44m | ICN–ACT | 2 stops SFO, DFW | $3,323 round trip |
| United, … · Asiana · Operated by Envo… | 6:00 PM – 9:44 AM+1 | 30h 44m | ICN–ACT | 2 stops SFO, DFW | $3,323 round trip |
| Asiana, A… · Operated by Envoy Air as A… | 8:40 PM – 1:07 PM+1 | 31h 27m | ICN–ACT | 2 stops SFO, DFW | $3,028 round trip |
| Asiana, A… · Operated by Envoy Air as A… | 8:40 PM – 1:07 PM+1 | 31h 27m | ICN–ACT | 2 stops SFO, DFW | $3,323 round trip |
| JAL, Am… · Operated by Envoy Air as A… | 7:40 PM – 1:07 PM+1 | 32h 27m | GMP–ACT | 2 stops HND, DFW | $976 round trip |
| Asiana, A… · Operated by Envoy Air as A… | 3:50 PM – 9:44 AM+1 | 32h 54m | GMP–ACT | 2 stops HND, DFW | $6,286 round trip |
| Ameri… · Operated by Envoy Air as Ameri… | 6:50 PM – 1:07 PM+1 | 33h 17m | ICN–ACT | 1 stop 20h 10m DFW | $944 round trip |
| Ameri… · Operated by Envoy Air as Ameri… | 6:50 PM – 4:08 PM+1 | 36h 18m | ICN–ACT | 1 stop 23h 10m DFW | $944 round trip |
| Ameri… · Operated by Envoy Air as Ameri… | 6:50 PM – 5:39 PM+1 | 37h 49m | ICN–ACT | 1 stop 24h 40m DFW | $944 round trip |

Hide 78 flights



### Hotels in Waco

Nightly prices for 1 guest Feb 10–Feb 12

Search for hotels ↗

| | | |
|---|---|---|
| $149 Hilton Waco — 4.4 (891) | $150 Hotel Indigo Waco - Baylor — 4.5 (759) | $112 Holiday Inn Express & Suites… — 4.4 (523) |

### Explore more destinations from Seoul



**Google Flights**

Language · English     Country · United States     Currency · USD

Find the cheapest and best flight for you.

About Google     Privacy & Terms     Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**