# EXHIBIT 34

Liang, Mark
___

| | |
|---|---|
| **From:** | Poorman, Jacob K. <Jacob.Poorman@procopio.com> |
| **Sent:** | Friday, August 4, 2017 2:43 PM |
| **To:** | Liang, Mark |
| **Subject:** | InfoGation Corp. v. ZTE (USA), Inc., et al. |
| **Attachments:** | PCHS080417.zip; InfoGation v ZTE -- Procopio Privilege Log.pdf |

Hi Mark,

Attached are documents and an associated privilege log being produced in response to the subpoena you propounded upon Procopio, Cory, Hargreaves & Savitch, LLP in connection with the above-referenced matter.

Have a good weekend,
Jake


mailgw01.procopio.com made the following annotations
--------------------------------------------------------------------
Fri Aug 04 2017 14:43:33

This is an email from Procopio, Cory, Hargreaves & Savitch LLP, Attorneys at Law. This email and any attachments hereto may contain information that is confidential and/or protected by the attorney-client privilege and attorney work product doctrine. This email is not intended for transmission to, or receipt by, any unauthorized persons. Inadvertent disclosure of the contents of this email or its attachments to unintended recipients is not intended to and does not constitute a waiver of attorney-client privilege or attorney work product protections. If you have received this email in error, immediately notify the sender of the erroneous receipt and destroy this email, any attachments, and all copies of same, either electronic or printed. Any disclosure, copying, distribution, or use of the contents or information received in error is strictly prohibited.
--------------------------------------------------------------------