# EXHIBIT 35

Procopio Privilege Log
ZTE Inc., vs. HTC et al

| Date | Author | Recipient | CC | Privilege Description | Privilege |
|---|---|---|---|---|---|
| 4/13/2000 | Lyon & Lyon | Kent Pu | | Lyon & Lyon fax cover sheet with attached Open Invoice listing. | Attorney Client |
| 12/7/2001 | Procopio | Kent Pu | | Procopio - Kent Pu/ Infogation Engagement Agreement | Attorney Client |
| 1/1/2002 | Steve Beuerle | | | Beuerle handwritten notes | Attorney Work Product |
| 3/4/2002 | Steve Beuerle | Kent Pu | | Correspondence regarding Engagement Agreement | Attorney Client |
| 3/27/2002 | Procopio | Procopio | | Patent status report | Attorney Work Product |
| 8/27/2002 | Lyon & Lyon | Harold Federow (Bsquare) | | Lyon & Lyon fax transmittal with attached letter from Pattric Rawlins re transfer of files | Attorney Client |
| 8/27/2002 | Harold Federow (Bsquare) | Pattric Rawlins | | Fax from Bsquare to Pattric Rawlins with correspondence regarding transfer of files | Attorney Client |
| 9/10/2002 | Steve Beuerle | Kent Pu | | Letter from Stephen Beuerle to Kent Pu re change from Infogation Corporation to Bsquare | Attorney Client |
| 9/23/2002 | Steve Beuerle | Kent Pu | | Letter from Stephen Beuerle to Kent Pu re US patent application | Attorney Client |
| 9/24/2002 | Steve Beuerle | Kent Pu | | Letter from Stephen Beuerle to Kent Pu re Chinese patent application | Attorney Client |
| 10/2/2002 | Pattric Rawlins | Phyllis Miller | | Letter from Pattric Rawlins to Phyllis Miller re Procopio Intellectual property team. | Attorney Client |
| 10/3/2002 | Procopio | Kangxin Partners | | Fax from Procopio to Kangxin Partners re Hong Kong patent application | Attorney Client |

Procopio Privilege Log
ZTE Inc., vs. HTC et al

| Date | Author | Recipient | CC | Privilege Description | Privilege |
|---|---|---|---|---|---|
| 10/3/2002 | Steve Beuerle | Samson Yu, Kangxin Partners | | Letter from Stephen Beuerle to Samson Yu and Kangxin Partners re Hong Kong standard patent application. | Attorney Client |
| 10/3/2002 | Steve Beuerle | Phyllis Miller | | Letter from Stephen Beuerle to Phyllis Miller re Chinese patent application. | Attorney Client |
| 10/17/2002 | Steve Beuerle | Samson Yu, Kangxin Partners | | Fax from Stephen Beuerle to Samson Yu re Chinese Patent application | Attorney Client |
| 10/22/2002 | Steve Beuerle | Samson Yu, Kangxin Partners | | Letter from Stephen Beuerle to Samson Yu and Kangxin Partners re Chinese Patent application. | Attorney Client |
| 11/4/2002 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta (Bsquare) re European Patent Application. | Attorney Client |
| 11/5/2002 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re Canadian Patent Application. | Attorney Client |
| 11/7/2002 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re Chines patent application | Attorney Client |
| 12/2/2002 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re European Patent Application | Attorney Client |
| 12/4/2002 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re Hong Konk Patent Application | Attorney Client |
| 12/16/2002 | Pattric Rawlins | Phyllis Miller | | Letter from Pattric Rawlins to Phyllis Miller re invoice | Attorney Client |
| 12/16/2002 | Pattric Rawlins | Phyllis Miller | | Fax transmittal from Pattric Rawlins to Phyllis Miller re invoice | Attorney Client |

Procopio Privilege Log
ZTE Inc., vs. HTC et al

| Date | Author | Recipient | CC | Privilege Description | Privilege |
|---|---|---|---|---|---|
| 12/27/2002 | Steve Beuerle | File | | Internal strategy memo by Stephen Beuerle | Attorney Work Product |
| 12/27/2002 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re US Patent application | Attorney Client |
| 1/9/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re Canadian Patent Application | Attorney Client |
| 1/9/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re US Patent | Attorney Client |
| 1/9/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re US Patent application | Attorney Client |
| 1/23/2003 | Procopio | Meena Latta (Bsquare) | | Procopio invoice to client | Attorney Client |
| 1/23/2003 | Procopio | Meena Latta (Bsquare) | | Procopio client invoice | Attorney Client |
| 2/10/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re US Patent application | Attorney Client |
| 2/13/2003 | Procopio | Meena Latta (Bsquare) | | Procopio invoice to client | Attorney Client |
| 2/18/2003 | Pattric Rawlins | Phyllis Miller | | Letter from Pattric Rawlins to Phyllis Miller (BSQUARE) re status reports for patent and trademark matters. | Attorney Client |
| 2/20/2003 | Procopio | Meena Latta (Bsquare) | | Procopio invoice to client | Attorney Client |
| 3/19/2003 | Procopio | Meena Latta (Bsquare) | | Procopio client invoice | Attorney Client |
| 4/15/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re European patent application | Attorney Client |
| 4/24/2003 | Procopio | Meena Latta (Bsquare) | | Procopio client invoice | Attorney Client |
| 5/8/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re Canadian patent application | Attorney Client |
| 6/6/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from S. Beuerle to Meena Latta re US Patent Application. | Attorney Client |

Procopio Privilege Log
ZTE Inc., vs. HTC et al

| Date | Author | Recipient | CC | Privilege Description | Privilege |
|---|---|---|---|---|---|
| 7/3/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re European Patent Application | Attorney Client |
| 7/11/2003 | Procopio | Meena Latta (Bsquare) | | Procopio Invoice to client | Attorney Client |
| 7/14/2003 | Procopio | | | Procopio Bsquare patent report | Attorney Work Product |
| 7/15/2003 | Procopio | Meena Latta (Bsquare) | | Procopio client invoice | Attorney Client |
| 8/19/2003 | Steve Beuerle | Meena Latta (Bsquare) | | Letter from Stephen Beuerle to Meena Latta re Canadian patent application | Attorney Client |
| 8/21/2003 | Procopio | Meena Latta (Bsquare) | | Procopio client invoice | Attorney Client |
| 9/10/2003 | Steve Beuerle | Kent Pu | | Letter from Stephen Beuerle to Kent Pu re European patent application | Attorney Client |
| 9/22/2003 | Procopio | Meena Latta (Bsquare) | | Procopio client invoice | Attorney Client |
| 10/8/2003 | Steve Beuerle | Kent Pu | | Letter from Stephen Beuerle to Kent Pu re Canadian patent | Attorney Client |
| 10/27/2003 | Steve Beuerle | Kent Pu | | Letter from Stephen Beuerle to Kent Pu re Canadian patent | Attorney Client |
| 11/3/2003 | Steve Beuerle | Kent Pu | | Letter from Stephen Beuerle to Kent Pu re European Patent Application | Attorney Client |
| 11/4/2003 | Steve Beuerle | Kent Pu | | Email from S. Beuerle to Kent Pu re work transfer | Attorney Client |
| 11/5/2003 | Steve Beuerle | Kent Pu | | Email from Stephen Beuerle to Kent Pu re Work transfer | Attorney Client |
| 11/13/2003 | Steve Beuerle | Chris Lin | | Letter from Stephen Beurele to Chris Lin | Attorney Client |
| 11/24/2003 | Pattric Rawlins | Chris Lin | | Letter from Pattric Rawlins to Chris Lin re Bsquare Corporation | Attorney Client |
| 1/20/2004 | Procopio | Chris Lin | | Letter fro Karen Cruz to Chris Lin re Bsquare correspondence | Attorney Client |
| 3/2/2004 | Rawlins, Pattric | Kent Pu | Ellis, Norann Y. ; Beuerle, Stephen C. | RE: Invoices | Attorney Client |

Procopio Privilege Log

ZTE Inc., vs. HTC et al

| Date | Author | Recipient | CC | Privilege Description | Privilege |
|---|---|---|---|---|---|
| 3/8/2004 | Kent Pu | Pattric Rawlins | Beuerle, Stephen C.; Joe Zheng | RE: Invoices | Attorney Client |
| 3/8/2004 | Rawlins, Pattric | Kent Pu | Beuerle, Stephen C.; Joe Zheng | RE: Invoices | Attorney Client |
| 3/8/2004 | Rawlins, Pattric | Kent Pu | Beuerle, Stephen C., Joe Zheng | RE: Invoices | Attorney Client |
| 3/29/2004 | Kent Pu | Pattric Rawlins | Cruz, Karen M.; Beuerle, Stephen C.;uspatents@sbcglobal.net | RE: InfoGation Smart Key Entry | Attorney Client |
| 3/29/2004 | Kent Pu | Pattric Rawlins | Beuerle, Stephen C.;USPatents(SVPA) | InfoGation Smart Key Entry | Attorney Client |
| 6/8/2004 | USPatents(SVPA) | Beuerle, Stephen C.  Kent Pu ; Rawlins, Pattric J. | | Re: Invoices | Attorney Client |
| 6/21/2004 | Beuerle, Stephen C. | USPatents(SVPA) ; Kent Pu ; Rawlins, Pattric J. | | RE: Invoices | Attorney Client |
| 6/21/2004 | USPatents(SVPA) | Beuerle, Stephen C. ; Kent Pu ; Rawlins, Pattric J. | | Re: Invoices | Attorney Client |
| 6/21/2004 | USPatents(SVPA) | Beuerle, Stephen C.; Kent Pu ; Rawlins, Pattric J. | | Re: Invoices | Attorney Client |
| 6/21/2004 | Beuerle, Stephen C. | USPatents(SVPA);  Kent Pu ; Rawlins, Pattric J. | | RE: Invoices | Attorney Client |
| 6/26/2004 | Kent Pu | Rawlins, Pattric J. ; USPatents(SVPA) | Beuerle, Stephen C.; Chris Lin | RE: InfoGation Smart Key Entry | Attorney Client |
| 6/26/2004 | Rawlins, Pattric J. | Beuerle, Stephen C. | | BSQUARE file transfer letter | Attorney Work Product |
| 6/28/2004 | Beuerle, Stephen C. | Kent Pu; Rawlins, Pattric J. ; USPatents(SVPA) | Chris Lin | RE: InfoGation Smart Key Entry | Attorney Client |
| 6/28/2004 | Beuerle, Stephen C. | Russell, Robert G. | Rawlins, Pattric J. | | Attorney Client |
| 6/28/2004 | Beuerle, Stephen C. | Russell, Robert G. | | | Attorney Client |
| 6/28/2004 | Robert G. Russell | Beuerle, Stephen C. | | Infogation | Attorney Client |
| 6/28/2004 | Rawlins, Pattric J. | Beuerle, Stephen C.;Herron, Shari L. | Russell, Robert G. | RE: Infogation | Attorney Client |
| 6/28/2004 | Robert G. Russell | Rawlins, Pattric J. | | RE: Infogation | Attorney Client |
| 7/12/2004 | Beuerle, Stephen C. | USPatents(SVPA) ;  Kent Pu | | RE: Invoices | Attorney Client |

Procopio Privilege Log
ZTE Inc., vs. HTC et al

| Date | Author | Recipient | CC | Privilege Description | Privilege |
|---|---|---|---|---|---|
| 7/12/2004 | USPatents(SVPA) | Beuerle, Stephen C.; Kent Pu | | Re: Invoices | Attorney Client |
| 7/12/2004 | Beuerle, Stephen C. | USPatents(SVPA) ; Kent Pu | | RE: Invoices | Attorney Client |
| 7/12/2004 | USPatents(SVPA) | Beuerle, Stephen C. ; Kent Pu | Kenneth Li | Re: Invoices | Attorney Client |
| 7/12/2004 | Beuerle, Stephen C. | USPatents(SVPA) ; Kent Pu | | RE: Invoices | Attorney Client |
| 7/31/2017 | Procopio | Procopio | | Internal Procopio document | Attorney Work Product |