# EXHIBIT 37

# United States District Court Southern District of California



# LOCAL RULES

Revised as of:
June 1, 2020

# Contents

**PREAMBLE TO LOCAL RULES**..................................................................................................5
**CIVIL LOCAL RULES**..................................................................................................................5
   Civil Rule 1.1 Scope and Availability of Local Rules.......................................................................5
   Civil Rule 1.2 Availability of Local Rules.......................................................................................6
   Civil Rule 2.1 Professionalism.........................................................................................................7
   Civil Rule 2.2 Discipline..................................................................................................................9
   Civil Rule 3.1 Designation of Nature of Action (Civil Cover Sheet)...........................................11
   Civil Rule 3.2 Actions In Forma Pauperis....................................................................................12
   Civil Rule 4.1 Service....................................................................................................................13
   Civil Rule 4.5 Fee Schedule..........................................................................................................14
   Commencement of Action, Format of Pleadings, Papers and Amendments - Filing of Papers.............15
   Civil Rule 5.1 Form; Paper; Legibility; Nature of Documents to be Filed..................................15
   Civil Rule 5.2 Proof of Service.....................................................................................................17
   Civil Rule 5.3 Facsimile Filings....................................................................................................18
   Civil Rule 5.4 Electronic Case Filing............................................................................................18
   Civil Rule 7.1 Motion Practice, Extensions, Enlargements or Shortening of Time, Submission of Orders..................................................................................................................................................20
   Civil Rule 7.2 Stipulations/Joint Motions.....................................................................................24
   Civil Rule 8.2 Civil Rights Act (42 U.S.C. §1983).......................................................................24
   Civil Rule 9.2 Three-Judge Court..................................................................................................25
   Civil Rule 12.1 Extension of Time to Answer..............................................................................25
   Civil Rule 15.1 Amended Pleadings.............................................................................................25
   Civil Rule 16.1 Pretrial and Setting for Trial................................................................................26
   Civil Rule 16.2 Status and Scheduling Conferences....................................................................34
   Civil Rule 16.3 Settlement Conferences and Proceedings............................................................34
   Civil Rule 16.4 Assessment of Jury Costs....................................................................................35
   Civil Rule 17.1 Actions Involving Minors or Incompetents........................................................35
   Civil Rule 23.1 Class Actions.......................................................................................................36
   Civil Rule 26.1 Deposition and Discovery...................................................................................37
   Civil Rule 30.1 Depositions..........................................................................................................37
   Civil Rule 33.1 Interrogatories......................................................................................................38
   Civil Rule 36.1 Requests for Admission.......................................................................................38

Civil Rule 38.1 Jury Demand .................................................................................................. 38
Civil Rule 40.1 Assignment of Civil Cases ............................................................................. 39
Civil Rule 40.2 Notice of Party with Financial Interest .......................................................... 41
Civil Rule 41.1 Dismissal for Want of Prosecution and for Failure to Comply with Local Rules ......... 41

**JURIES** ................................................................................................................................ 41

Civil Rule 47.1 Examination of Jurors .................................................................................... 41
Civil Rule 51.1 Filing, Service and Form of Proposed Instructions ....................................... 41
Civil Rule 53.1 Special Master Reports 28 U.S.C. §636(b)(2) ............................................... 42
Civil Rule 54.1 Costs ............................................................................................................... 42
Civil Rule 55.1 Default Judgments .......................................................................................... 47
Civil Rule 58.1 Entry of Court-Issued Document .................................................................... 47
Civil Rule 65.1.2 Bonds and Sureties ...................................................................................... 48
Civil Rule 66.1 Receivers ........................................................................................................ 50
Civil Rule 67.1 Deposit and Disbursements of Registry Funds .............................................. 51
Civil Rule 69.1 Proceedings to Enforce Judgments (In District and Out of District) .............. 52

Civil Rule 72.1 United States Magistrate Judges .................................................................... 53
Civil Rule 72.2 Assignment and Designation Procedures ....................................................... 54
Civil Rule 72.3 Assignment of §1983 Prisoner Civil Cases to United States Magistrate Judges ........... 55
Civil Rule 73.1 Special Provision for the Disposition of Civil Cases by a Magistrate Judge on Consent of the Parties 28 U.S.C. §636(c)(2) ............................................................................. 56
Civil Rule 77.1 Location and Hours of the Clerk .................................................................... 56
Civil Rule 77.2 Orders Grantable by Clerk ............................................................................. 57
Civil Rule 77.3 Notice of Court Orders and Judgments .......................................................... 57
Civil Rule 77.4 Sessions of Court ............................................................................................ 57
Civil Rule 77.6 Court Library .................................................................................................. 57
Civil Rule 79.1 Custody and Disposition of Exhibits and Transcripts .................................... 58
Civil Rule 79.2 Books and Records of the Clerk ..................................................................... 58
Civil Rule 83.1 Sanctions for Noncompliance with Rules ...................................................... 59
Civil Rule 83.2 Security of the Court ...................................................................................... 59
Civil Rule 83.3 Attorneys - Admission to Practice Standards of Conduct – Duties ............... 59

Civil Rule 83.6 Gratuities ........................................................................................................ 63
Civil Rule 83.7 Free Press – Fair Trial Provisions .................................................................. 63
Civil Rule 83.8 Non-appropriated Funds Plan for Administration of the Court Library Fund and Pro Bono Fund ......................................................................................................... 64

Civil Rule 83.9 Correspondence and Communications with the Judge .................................................. 67
Civil Rule 83.10 Jury Selection Plan ...................................................................................................... 67
Civil Rule 83.11 Persons Appearing Without an Attorney In Propria Persona ....................................... 71
Civil Rule HC.1 Habeas Corpus Proceedings – Venue .......................................................................... 72
Civil Rule HC.2 Habeas Corpus Proceedings (28 U.S.C. §2254) -- Petitions Not Involving the Death Penalty ................................................................................................................................................... 72
Civil Rule HC.3 Habeas Corpus Proceedings (28 U.S.C. §2254) – Petitions Involving Death Penalty 73
Civil Rule A.1 Scope of Rules for Admiralty and Maritime Claims ...................................................... 77
Civil Rule B.1 Attachment and Garnishment Provisions ....................................................................... 78
Civil Rule C.1 Actions in Rem ............................................................................................................... 78
Civil Rule E.1 Actions in Rem and Quasi in Rem .................................................................................. 79
Civil Rule F.1 Limitation of Liability .................................................................................................... 82
PATENT LOCAL RULES ......................................................................................................................... 83
   1.   Scope of Rules ................................................................................................................................ 83
   2.   General Provisions .......................................................................................................................... 83
   3.   Patent Disclosures .......................................................................................................................... 86
   4. Claim Construction Proceedings ...................................................................................................... 91
APPENDIX A: APPROVED FORM OF JOINT CLAIM CONSTRUCTION WORKSHEET ............ 94
APPENDIX B: TIMELINE FOR PATENT CASES IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ......................................................................... 95
MODEL PROTECTIVE ORDER ............................................................................................................... 96
CRIMINAL LOCAL RULES ..................................................................................................................... 98
Criminal Rule 1.1 Scope and Availability of Local Rules ..................................................................... 98
Criminal Rule 2.1 Professionalism ......................................................................................................... 98
Criminal Rule 2.2 Discipline .................................................................................................................. 98
Criminal Rule 10.1 Arraignments .......................................................................................................... 98
Criminal Rule 11.1 Referral of Felony Cases to Magistrate Judges for Taking of Guilty Pleas ............ 98
Criminal Rule 12.1 Rule 12 Motions ..................................................................................................... 99
Criminal Rule 16.1 Pleadings and Motions Before Trial Defenses and Objections .............................. 99
Criminal Rule 17.1 Subpoenas ............................................................................................................. 100
Criminal Rule 23.1 Trial Briefs ............................................................................................................ 101
Criminal Rule 28.1 Interpreters ............................................................................................................ 101
Criminal Rule 30.1 Jury Instructions ................................................................................................... 101
Criminal Rule 32.1 Sentence, Judgment and Probation ....................................................................... 102
Criminal Rule 44.1 Right to and Assignment of Counsel .................................................................... 103

SENTENCING SUMMARY CHART ................................................................................................. 105
TIME LINE FOR U.S. DISTRICT COURT SOUTHERN DISTRICT LOCAL RULE RE: SENTENCING GUIDELINES ............................................................................................................ 106
Criminal Rule 46.1 Release From Custody ........................................................................................ 107
Criminal Rule 47.1 Motions ................................................................................................................ 110
Criminal Rule 57.1 Sanctions for Noncompliance with Rules ........................................................... 110
Criminal Rule 57.2 Assignment ........................................................................................................... 111
Criminal Rule 57.2.1 Related Cases .................................................................................................... 111
Criminal Rule 57.3 Assignment and Designation Procedures Matters to Magistrate Judges ............ 112
Criminal Rule 57.4 United States Magistrate Judges ......................................................................... 114
Criminal Rule 57.5 Procedure in Imperial County Cases .................................................................. 115
Criminal Rule 58.1 Misdemeanors ..................................................................................................... 115
Criminal Rule 58.2 Disposition of Misdemeanor Cases, 18 U.S.C. §3401 ....................................... 116

# PREAMBLE TO LOCAL RULES

The Local Rules of Practice for the United States District Court for the Southern District of California are contained herein. These rules are divided into two parts: civil and criminal. Civil rules may be cited as " CivLR ___ " ; criminal rules may be cited as "CrimLR ___."

Rules covering admiralty and habeas corpus proceedings may be found at the end of the civil rules, cited as A.1-E.1; and HC.1, HC.2, et seq.

# CIVIL LOCAL RULES
## Civil Rule 1.1 Scope and Availability of Local Rules

a. **Title and Citation.** These are the Local Civil Rules of Practice for the United States District Court for the Southern District of California. They may be cited as "CivLR ___."

b. **Effective Date.** These Rules become effective on January 30, 2016.

c. **Scope of the Rules; Construction, Definitions.** These rules supplement the Federal Rules of Civil Procedure, and they must be construed so as to be consistent with those rules and to promote the just, efficient and economical determination of every action and proceeding. The provisions of the Civil Rules must apply to all actions and proceedings, including criminal, bankruptcy and admiralty, and actions and proceedings before magistrate judges, except where they may be inconsistent with rules or provisions of law specifically applicable thereto.

d. In any case for the convenience of the parties in interest, or in the interest of justice, a judge may waive the applicability of these rules.

e. **Definitions**

   1. "Attorney" or "counsel" includes an attorney, proctor, advocate, solicitor, counsel, or counselor;

   2. "Brief" includes briefs, memoranda, points and authorities and other written argument or compilation of authorities;

   3. "Civil action" includes any action, case, proceeding or matter of a civil nature;

   4. "Clerk" means the Clerk of the United States District Court for the Southern District of California and deputy clerks, unless the context otherwise requires;

   5. "Court" includes the district judge or magistrate judge to whom a civil or criminal action, proceeding, case or matter has been assigned;

Where demand is made for a jury trial, it must appear immediately following the title of the complaint, petition or answer containing the demand, or on such other pleading as may be permitted under Rule 38(b), Fed. R. Civ. P.

Any other notation on the civil cover sheet, such as those described in Civil Local Rule 3.1, will not constitute a demand for jury trial under these rules.

## Civil Rule 40.1 Assignment of Civil Cases

a. **Assignment of Civil Cases.** All actions and proceedings of a civil nature must be numbered consecutively upon the filing of the first document in each such action or proceeding, and the judges will, from time to time, determine, and indicate by formal order to the clerk, the method by which each action or proceeding will be assigned to a particular judge, to the end that over a period of time each judge must be assigned substantially equal amounts of work. Neither the clerk nor any deputy will have any discretion in determining the judge to whom any matter is assigned, the action of the clerk being ministerial only. The method of assignment chosen by the judges will be such that the judge to whom any particular matter is to be assigned, in accordance with this rule, must not be known by or disclosed to the clerk, or any member of the staff, or to any other person, until after such action or proceeding has been filed and numbered.

The judge to whom a case is assigned, or the chief judge of the district, may transfer such a case at any time to a consenting judge in the interest of efficient administration of the judicial business of the district.

b. **Assignment of Patent and Plant Variety Protection Cases.** Because the judges of the Court have elected to participate in the Patent Pilot Project established pursuant to Pub. L. No. 111-349, 124 Stat. 3674, all newly filed patent and plant variety protection cases will be assigned in accordance with the procedures set forth in the Court's General Order 598 Regarding the Assignment of Patent and Plant Variety Protection Cases, entered on August 22, 2011, and any subsequent amendments thereto.

c. **Assignments to New Judges.** Upon the induction of a new judge, the clerk will ascertain the number of cases which comprises an equal share of all cases then pending, and the number of cases assigned to each active judge. The clerk will then indicate to each active judge the number of cases to be transferred to the new judge.

The Court will enter an order designating the number of such cases to be selected by the transferring judge and the number to be chosen randomly by the clerk. The transferring judge may decline to transfer a case and then another case will be randomly selected.
The new judge may refuse to accept any such transfer when there are grounds for recusal, in which instance another case will be selected.

The clerk will then add the name of the new judge to the random selection system that governs the assignment of new cases to active judges.

d. **Temporary Designation.** Absent an order to the contrary, all the judges sitting in this District are designated to handle any matters requiring action on cases assigned to a judge who is unavailable.

e. **Low Number Rule, Criteria.** The clerk must promptly examine the original complaint or petition in each civil action and proceeding hereafter filed and ascertain whether any one or more civil actions or proceedings pending or any one or more currently filed appear (1) to arise from the same or substantially identical transactions, happenings, or events; or (2) involve the same or substantially the same parties or property, or (3) involve the same patent or the same trademark; or (4) call for determination of the same or substantially identical questions of law; or (5) where a case is refiled within one year of having previously been terminated by the Court; or (6) for other reasons would entail substantial duplication of labor if heard by different judges.

f. **Notice of Related Case, Duties of Counsel.** Whenever counsel has reason to believe that a pending action or proceeding on file or about to be filed is related to another pending action or proceeding on file in this or any other federal or state court (whether pending, dismissed, or otherwise terminated), counsel must promptly file and serve on all known parties to each related action or proceeding a notice of related case, stating the title, number and filing date of each action or proceeding believed to be related, together with a brief statement of their relationship and the reasons why assignment to a single district judge is or is not likely to effect a saving of judicial effort and other economies. The clerk will promptly notify the court of such filing. This is a continuing duty that applies not only when counsel files a case with knowledge of a related action or proceeding but also applies after the date of filing whenever counsel learns of a related action or proceeding.

g. **Definition of Related Action.** An action or proceeding is related to another action or proceeding where both of them:
   1. Involve some of the same parties and are based on the same or similar claims, or
   2. Involve the same property, transaction, patent, trademark, or event, or
   3. Involve substantially the same facts and the same questions of law.

h. **Duties of Clerk.** Whenever it appears to the clerk that any one or more of the above circumstances set forth in Civil Local Rule 40.1.e exist, it will be the duty of the clerk to report the cases in question to the judges concerned at the earliest date practicable.

   The clerk's report must set forth, as to each action or proceeding listed therein: (1) the case number, (2) the fullest practicable statement of the names of all parties, (3) a brief statement of the nature of the case and the relief sought, (4) the name of the attorney for plaintiff or petitioning party, and (5) such other information as will, in the opinion of the clerk, assist in determining whether a case should be transferred under this "low-number" rule. The clerk's report must be accompanied by an appropriate order for the signature of the judges concerned with the proposed transfer.

i. **Assignments and Transfers.** In order to avoid unnecessary duplication of judicial effort, all pending civil actions and proceedings, which are determined to be related to any other pending civil action or proceeding pursuant to the criteria set forth in Civil Local Rule 40.1.e will be assigned to the district and magistrate judge to whom the lowest numbered case was assigned, or

the magistrate judge, if the parties consent, and the magistrate judge is handling the lower numbered case by consent. Orders for transfers of cases subject to this "low-numbered" rule must be made and entered at the earliest practicable date following commencement of the action or proceedings.

j. **Transfer Limitation.** No single series of cases comprising more than ten in number may be transferred to a single judge pursuant to this order without the consent of the transferee judge.

## Civil Rule 40.2 Notice of Party with Financial Interest

Any non-governmental corporate party to an action in this court must file a "Corporate Disclosure Statement" identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. A party will file a separate statement entitled "Notice of Party with Financial Interest" with its initial appearance in the court and will supplement the statement within a reasonable time of any change in the information.

## Civil Rule 41.1 Dismissal for Want of Prosecution and for Failure to Comply with Local Rules

a. Actions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution, at the calling of a calendar prepared for that purpose by the clerk. Such a dismissal must be without prejudice, unless otherwise ordered.

b. Failure to comply with the provisions of the local rules of this court may also be grounds for dismissal under this rule.

# JURIES
## Civil Rule 47.1 Examination of Jurors

Unless otherwise ordered, the examination of trial jurors will be conducted by the judge. Counsel will submit any questions which they desire to be propounded to the jurors in accordance with Civil Local Rule 16.1.f.9.b.

## Civil Rule 51.1 Filing, Service and Form of Proposed Instructions