# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| INFOGATION CORPORATION,  §<br>§<br>Plaintiff  §<br>§<br>v.  §<br>§<br>GOOGLE LLC,  §<br>§<br>Defendant.  §<br>§<br>§ | | NO. 6:20-cv-0366<br><br>JURY TRIAL DEMANDED |

## DEFENDANT GOOGLE LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) (D.I. 30)

Defendant Google LLC ("Google") respectfully files this Notice of Supplemental Authority to bring to the Court's attention the recent order issued by the Federal Circuit in *In re: Apple Inc.*, No. 2020-135, D.I. 55 (Fed. Cir. Nov. 9, 2020) (copy attached hereto as Exhibit A), in connection with Google's Motion to Transfer Under 28 U.S.C. § 1404(a).  *See* D.I. 30.  The Federal Circuit's order grants a petition for a writ of mandamus directing the United States District Court for the Western District of Texas to transfer the case to the United States District Court for the Northern District of California.  *In re: Apple Inc.*, No. 2020-135 at *2, 21.

Dated:  November 10, 2020

Respectfully submitted,

By: */s/ J. Mark Mann*

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**

300 West Main Street
Henderson, Texas 75652
Telephone: 903/657-8540
Facsimile: 903/657-6003

Darin W. Snyder (*pro hac vice*)
dsnyder@omm.com
David S. Almeling (*pro hac vice*)
dalmeling@omm.com
Mark Liang (*pro hac vice*)
mliang@omm.com
Bess Ibtisam Hanish (*pro hac vice*)
bhanish@omm.com
Daniel Silverman (*pro hac vice*)
dsilverman@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

**ATTORNEYS FOR DEFENDANT GOOGLE LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this November 10, 2020 with a copy of this document via electronic mail.

Dated: November 10, 2020          */s/J. Mark Mann*
                                                                  **J. Mark Mann**