UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFOGATION CORPORATION,<br><br>                                 Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>                                Defendant. | Case No.: 21-cv-00843-H-JLB<br><br>**ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**[ECF No. 107]** |

     Pursuant to the Scheduling Order issued in this case, the parties are required to contact the undersigned judge no later than May 18, 2022, to arrange a date for a settlement conference pursuant to Patent Local Rule 2.1(c). (ECF No. 107 ¶ 13.) In lieu of that requirement, the Court hereby **ORDERS** as follows:

     1.    A settlement conference shall be conducted on **May 25, 2022**, at **1:45 PM**, in the chambers of the Magistrate Judge Jill L. Burkhardt, Edward J. Schwartz U.S. Courthouse, 221 West Broadway, Suite 5140, San Diego, California 92101. No later than **May 16, 2022**, counsel shall **lodge** confidential settlement conference statements with Judge Burkhardt's chambers via e-mail at efile_Burkhardt@casd.uscourts.gov. The parties' settlement conference statements shall comply with § III.C. of Judge Burkhardt's Civil Chambers Rules.

Pursuant to Local Civil Rule 16.3 and Patent Local Rule 2.1(c), all party representatives and claims adjusters for insured defendants with full and unlimited authority[1] to negotiate and enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case at the settlement conference. In the case of an entity, an authorized representative of the entity who is <u>not</u> retained outside counsel must be present and must have discretionary authority to commit the entity to pay an amount up to the amount of the Plaintiff's prayer (excluding punitive damages prayers). The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior.

2. No later than **twenty-one (21) days before the settlement conference**, the parties shall exchange formal settlement proposals, as required by § III.A. of Judge Burkhardt's Civil Chambers Rules. No later than **fourteen (14) days before the settlement conference**, the parties shall meet and confer in person or telephonically, as required by § III.B. of Judge Burkhardt's Civil Chambers Rules.

3. Pursuant to Patent Local Rule 2.1(c)(4), no later than **fourteen (14) days before the settlement conference**, each party shall designate in writing to all other parties, the person(s) and their title(s) or position(s) with the party who will attend and have settlement authority at the conference.

---

[1] "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. *Heileman Brewing Co., Inc. v. Joseph Oat Corp.*, 871 F.2d 648 (7th Cir. 1989); *see also* Patent L.R. 2.1(c)(3). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. *Pitman v. Brinker Int'l., Inc.*, 216 F.R.D. 481, 485–86 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference. *Id.* at 486. A limited or a sum certain of authority is not adequate. *Nick v. Morgan's Foods, Inc.*, 270 F.3d 590, 595–97 (8th Cir. 2001).

    4.    **Failure to attend the settlement conference or obtain proper excuse will be considered grounds for sanctions.**

    **IT IS SO ORDERED.**

Dated:  March 25, 2022

_Jill Burkhardt_
Hon. Jill L. Burkhardt
United States Magistrate Judge